THE STATE ex rel. GENERAL ACCIDENT
INSURANCE COMPANY v. DANIEL D.
. FISHER, Judge.

In Banc, January 27, 1912.

Prohibition.

WRIT DENIED.

WOODSON, J.—This case was submitted by
agreement of parties, with the case of State ex rel.
Pacific Mutual Life Insurance Company v. Grimm,
decided at this term by the court, In Banc, and re-
ported at page 135 of this report.

The facts of the two cases are in all essential
respects the same, and consequently the conclusions
reached in that case are controlling in this one. We,
therefore, deny the peremptory writ of prohibition,
and quash the preliminary rule heretofore issued.

All concur except *Valliant, C. J.,* and *Graves, J.,*
who dissent in a separate opinion by *Graves, J.*